IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DANIEL P. HOWE,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Petitioner,

v.

CASE NO. 1D16-0797

STATE OF FLORIDA, et al.,

Respondent.

_____/

Opinion filed March 21, 2016.

Petition for Writ of Mandamus -- Original Jurisdiction.

Daniel P. Howe, pro se, for Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

The petition for writ of mandamus is denied as premature. See Ritter v. McNeil,

41 So. 3d 366 (Fla. 1st DCA 2010).

LEWIS, SWANSON, and WINOKUR, JJ., CONCUR.